UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANNE SPIETH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 19-cv-02648-SI<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Plaintiff Kimberley Anne Spieth, who is represented by counsel, has filed an application to proceed in forma pauperis in this Social Security appeal. Docket No. 3. Plaintiff's application is incomplete, as she has failed to complete question no. 8, which asks about her monthly expenses and charge accounts. *See id.* at 3.

Accordingly, plaintiff's application to proceed in forma pauperis is DENIED without prejudice. **Plaintiff shall file a complete application to proceed in forma pauperis no later than May 24, 2019.**

**IT IS SO ORDERED**.

Dated: May 17, 2019

_____
SUSAN ILLSTON
United States District Judge