United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLEY S.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 19-cv-02648-SI

**JUDGMENT**

    The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this action to the Commissioner for immediate payment of benefits. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 25, 2020

_____
SUSAN ILLSTON
United States District Judge