UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANNE SPIETH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 19-cv-02648-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406**<br><br>Re: Dkt. No. 31 |

The Court, having reviewed the Motion for Attorney fees pursuant to 42 U.S.C. 406(b)(1) as well as the absence of opposition from Defendant Commissioner of Social Security, hereby GRANTS Plaintiff's Motion.

IT IS THEREFORE ORDERED that the Defendant Commissioner shall pay $18,004.00 to Eddy Pierre Pierre, counsel for Plaintiff, from Plaintiff's retroactive benefits.

**IT IS SO ORDERED**.

Dated: May 16, 2022

SUSAN ILLSTON
United States District Judge